**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 13-2209**

───────────────

CHARLES G. WILSON,

                 Plaintiff - Appellant,

        v.

OCWEN LOAN SERVICING LLC,

                 Defendant - Appellee.

───────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  George L. Russell, III, District Judge.
(1:13-cv-01176-GLR)

───────────────

Submitted:  February 28, 2014          Decided:  March 18, 2014

───────────────

Before KING, GREGORY, and KEENAN, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Charles G. Wilson, Appellant Pro Se.  Christopher Michele
Corchiarino, GOODELL DEVRIES LEECH & DANN, LLP, Baltimore,
Maryland, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In this diversity action, 28 U.S.C. § 1332, Charles G. Wilson appeals the district court's order granting summary judgment to Ocwen Loan Servicing LLC, on his misrepresentation and duress claims. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Wilson v. Ocwen Loan Servicing LLC, No. 1:13-cv-01176-GLR (D. Md. Sept. 18, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this Court and argument would not aid the decisional process.

AFFIRMED